# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| Texas Instruments Incorporated,<br><br>Plaintiff,<br><br>v.<br><br>Dongbu HiTek, Ltd.<br><br>Defendant. | Civil Action No.: 2:16-cv-1458<br><br>JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

In consideration of Plaintiff's filing of a Notice of Voluntary Dismissal Without Prejudice (Dkt. No. 8) before an answer or motion for summary judgment has been filed by Defendant Dongbu HiTek, Ltd., the Court hereby **DISMISSES** all claims against Defendant **WITHOUT PREJUDICE** in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i).

The Clerk is directed to **CLOSE** this case.

**So Ordered this**
Apr 1, 2017

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE